UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

IN RE CHRISTOPHER WORRELL,

                Defendant.

Civil Action No. 1:23-mc-00120-RCL

## CERTIFICATE OF SERVICE

I hereby certify that, on November 16, 2023, I caused the District of Columbia's Application for Access to Trial Exhibits and the Court's Minute Order to be served via first class mail upon:

Christopher John Worrell
282 Stanhope Cir.,
Naples, FL 34104-08

Dated: November 17, 2023

                                              /s/ Jeannie S. Rhee
                                              Jeannie S. Rhee