**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(202) 223-7466

WRITER'S DIRECT FACSIMILE
(202) 330-5012

WRITER'S DIRECT E-MAIL ADDRESS
jrhee@paulweiss.com

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

January 4, 2024

By ECF

The Honorable Royce C. Lamberth
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Re:   *In re Christopher Worrell,* Case No. 1:23-mc-00120-RCL

Dear Judge Lamberth:

We write on behalf of Non-Party Petitioner the District of Columbia (the "District"). On December 8, 2023, the Court granted the District permission "to access and download all admitted exhibits from the trial in the above-captioned matter, including downloadable documentary, photographic, and videographic exhibits, via the electronic 'drop box' solution outlined in Standing Order No. 21-28, which governs public access to video exhibit in criminal cases arising from the January 6, 2021 attack on the Capitol." ECF No. 3. Standing Order No. 21-28 states in pertinent part that no "retransmitting . . . of video exhibits in a particular case is permitted, unless such permission is granted by the presiding judge, who may seek the position of the parties[.]" In an abundance of caution to adhere to Standing Order 21-28, we respectfully request the Court's permission to transmit the exhibits the District has obtained to the parties in *District of Columbia* v. *Proud Boys International L.L.C. et al.* to preserve the ability to use the exhibits in that litigation.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                                                                                                   2

Respectfully submitted,

*/s/ Jeannie S. Rhee*
Jeannie S. Rhee

Case 1:23-mc-00120-RCL   Document 4   Filed 01/04/24   Page 2 of 3

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

3

## CERTIFICATE OF SERVICE

I hereby certify that, on January 4, 2024, I caused the foregoing letter to be electronically filed using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record. Remaining defendants have been served via first class mail.

*/s/ Jeannie S. Rhee*

Jeannie S. Rhee